FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION 2018 JUN -5  AM 11: 40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CV-722-J-32MCR |
| | ) | |
| BRUCE A. KWITNY, | ) | |
| DITECH FINANCIAL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT TO REDUCE TAX ASSESSMENTS TO JUDGMENT AND TO FORECLOSE FEDERAL TAX LIENS

The United States of America, by and through its undersigned representative, complains

and alleges as follows:

1.     The United States of America brings this civil action to reduce to judgment Bruce

A. Kwitny's federal income tax liabilities, and to foreclose the federal tax liens attached to the

taxpayer's interest in real property in Brevard County, Florida.

2.     This action is authorized by the Chief Counsel of the Internal Revenue Service, a

delegate of the Secretary of Treasury, and is brought at the direction of a delegate of the Attorney

General of the United States in accordance with 26 U.S.C. §§ 7401 and 7403.

*Jurisdiction and Venue*

3.     The Court has jurisdiction to hear the action pursuant to 28 U.S.C. §§ 1331, 1340

and 1345, as well as 26 U.S.C. § 7402(a).

4.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1396 because

the federal tax liabilities at issue accrued in Brevard County, Florida, the defendant resides

within this District, and the real property at issue is situated within this District.

*Parties*

5.     Plaintiff is the United States of America.

6.     Bruce A. Kwitny ("Defendant") is the taxpayer whose federal tax liabilities are at issue in this action.

7.     Ditech Financial, LLC, is a Delaware corporation, registered to do business in Florida, who may claim an interest in the real property at issue by virtue of a mortgage lien on the real property.

COUNT I – REDUCE BRUCE A. KWITNY'S TAX ASSESSMENTS TO JUDGMENT

8.     Defendant filed untimely individual income tax returns (Forms 1040) for tax years 2007 through 2014, reported a tax liability on each, but failed to pay in full the taxes he reported on his returns.

9.     On the dates and in the amounts set forth below, a delegate of the Secretary of the Treasury properly assessed against Defendant the federal income taxes he reported on the returns described in paragraph 8, above, plus interest and statutory additions:

| Tax Year | Date of Assessment | Amount of Income Tax Assessed | Interest | Penalties |
|---|---|---|---|---|
| 2007 | 12/15/2014 | $26,705.00 | $6,843.32 | $4,883.62* $1,211.00^ $5,426.24** |
|  | 10/31/2016 |  | $2,570.76 |  |
| 2008 | 12/15/2014 | $33,373.00 | $8,662.56 | $7,508.92* $703.83^ $8,343.25** |
|  | 10/31/2016 |  | $3,757.57 |  |
| 2009 | 12/15/2014 | $27,627.00 | $5,520.08 | $6,168.15* $661.44^ $6,853.50** |
|  | 10/31/2016 |  | $2,989.64 |  |
| 2010 | 12/15/2014 | $22,799.00 | $3,333.36 | $5,039.77* $488.94^ $4,297.78** |
|  | 10/31/2016 |  | $2,320.86 | $671.96** |

| 2011 | 10/20/2014 | $46,335.00 | $4,348.71 | $10,200.37* $895.33^ $7,026.92** |
| | 10/31/2016 | | $4,681.40 | $4,306.83** |
| 2012 | 10/13/2014 | $48,230.00 | $2,711.67 | $10,851.75* $864.68^ $4,340.70** |
| | 10/31/2016 | | $4,667.96 | $7,716.80** |
| 2013 | 04/27/2015 | $42,176.00 | $1,479.80 | $9,489.60* $757.00^ $2,741.44** |
| | 10/31/2016 | | $2,978.34 | $7,380.80** |
| 2014 | 06/08/2015 | $22,910.00 | $101.90 | $411.0^ $229.10** |

*Late filing penalty
^Estimated tax penalty
**Failure to pay penalty

10.    Defendant failed to timely file a federal income tax return for tax year 2006.
Accordingly, the IRS calculated the income tax he owed for that year using its deficiency
procedures.  On May 4, 2009, after the restriction on assessment of the deficiency lapsed, a
delegate of the Secretary of the Treasury assessed income tax of $80,458.00 against Defendant,
plus interest and applicable penalties.  It subsequently abated a portion of the tax and penalties
assessed after Defendant submitted a Form 1040 for the 2006 tax year.

11.    A delegate of the Secretary of the Treasury properly gave notice of the unpaid
liabilities described in paragraphs 9 and 10 to Defendant and made demand for their payment.
Despite notice and demand for payment, Defendant has failed to pay the taxes owed.

12.    As of May 31, 2018, Defendant owes $565,228.14 for his unpaid federal income
taxes for tax years 2006 through 2014, together with penalties and interest that continue to
accrue.

3

## COUNT II – FORECLOSE FEDERAL TAX LIENS

13.     As a result of the assessments described in paragraphs 9 and 10, above, federal tax liens in favor of the United States arose on the dates of assessment and attached to all of Defendant's property and rights to property, including the "Subject Property" described in paragraph 15 below. The liens continue until the liabilities for the assessments have been satisfied. 26 U.S.C. §§ 6321, 6322.

14.     Pursuant to 26 U.S.C. § 6323(f) and FSA § 55.203, a delegate of the Secretary of the Treasury properly filed Notices of Federal Tax Liens for the assessments described in paragraph 11, above, with the Clerk of Courts, Brevard County, Florida as follows:

| Tax Year | Recorded Date | Book Number, Page | Serial Number |
|------|---------------|-------------------|---------------|
| 2006 | May 19, 2010 | 6168, 2453 | 653133510 |
| 2007 | April 8, 2015 | 7339, 2731 | 150275615 |
| 2008 | April 8, 2015 | 7339, 2731 | 150275615 |
| 2009 | April 8, 2015 | 7339, 2731 | 150275615 |
| 2010 | April 8, 2015 | 7339, 2731 | 150275615 |
| 2011 | March 17, 2015 | 7323, 2001 | 146418215 |
| 2012 | March 17, 2015 | 7323, 2001 | 146418215 |
| 2013 | May 22, 2015 | 7372, 968 | 156950015 |
| 2014 | July 8, 2015 | 7404, 2708 | 164446615 |

15.     The "Subject Property" is located at 1151 Rock Springs Drive, Melbourne, Florida 32940-6956, and is more specifically described as:

> Lot 43, MAGNOLIA SPRINGS PHASE ONE, according to the plat thereof, as recorded in Plat 43, Page 63, 64, and 65, Public Records of Brevard County, Florida..

16.     Defendant acquired the Subject Property on September 8, 2003 by warranty deed and he owns the property in fee simple. Therefore, Plaintiff's tax liens described above attach to the Subject Property and can be foreclosed.

WHEREFORE, Plaintiff, the United States of America, prays for the following relief:

4

A.    That this Court enter judgment in favor of the United States and against Bruce A. Kwitny for his unpaid federal income taxes in the amount of $565,228.14, plus statutory additions and interest allowed by law until paid;

B.    That this Court foreclose the federal tax liens on the Subject Property and direct that the Subject Property be sold according to law, free and clear of the liens and claims of the parties herein;

C.    That this Court rank the various claims to the Subject Property and order the net proceeds from its sale be distributed in accordance with that determination;

D.    That the United States be granted its costs incurred in this action; and

E.    That this Court grant such other and further relief as it deems just and proper.

Dated:  June 4, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

ELIZABETH N. DUNCAN
Trial Attorney, Tax Division
Virginia State Bar No. 90685
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Tel:    (202) 514-6546
Fax:    (202) 514-4963
Elizabeth.N.Duncan@usdoj.gov
*Counsel for the United States*

Of Counsel:

MARIA CHAPA LOPEZ
United States Attorney
Middle District of Florida

5

JS 44   (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Bruce A. Kwitny,
Ditech Financial, LLC

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Brevard
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Elizabeth N. Duncan, Trial Attorney, U.S. Department of Justice
P.O. Box 14198, Washington D.C. 20044
(202) 514-6546

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 840 Trademark | ☐ 460 Deportation |
| Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Injury | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
Another District
*(specify)*

☐ 6   Multidistrict
Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Sections 7401, 7402 and 7403 of Title 26 (Internal Revenue Code)
Brief description of cause:
Suit to reduce federal income tax liabilities to judgment and to foreclose federal income tax liens

## VII. REQUESTED IN COMPLAINT:

☐   CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
565,228.14

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   06/04/2018

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE   32   MAG. JUDGE   MCR